STATE v. WHITEHEAD

No. 151 PC.

Case below: 25 N.C. App. 592.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.

STATE v. WOLFE

No. 16 PC.

Case below: 26 N.C. App. 464.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.

STATE v. WOODWARD

No. 158 PC.

Case below: 25 N.C. App. 679.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.

STATE v. WYNN

No. 163 PC.

Case below: 25 N.C. App. 625.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.

TRUST CO. v. ELZEY

No. 165 PC.

Case below: 26 N.C. App. 29.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.